IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC WARE, and YUMBA LASUMBA**, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. **04-925-WDS** |
| **JASON GARNETT, and CHAPLAIN LOVE,** | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Entry of Default. **(Doc. 44)**.

The Court first notes that the motion is purportedly filed on behalf of both plaintiffs, but is signed only by plaintiff Eric Ware. Plaintiffs are admonished that they may not file pleadings on behalf of each other. Each plaintiff represents only himself, and may file pleadings on behalf of himself only.

To date, there has not been a return of service filed showing service on defendants. Therefore, default cannot be entered.

Upon consideration and for good cause shown, plaintiff's Motion for Entry of Default. **(Doc. 44)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  December 20, 2006.**

 s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**