IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC WARE, and YUMBA LASUMBA**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. **04-925-WDS** |
| | ) |
| **JASON GARNETT, and** | ) |
| **CHAPLAIN LOVE,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Ware's Motion for Entry of Default Judgment. **(Doc. 53)**.

Defendants Garnett and Love returned executed waivers of service. **See, Docs. 59 & 60.** Their answers were due on February 5, 2007. On January 29, 2007, they filed timely answers. **See, Doc. 57.**

Upon consideration and for good cause shown, plaintiff Ware's Motion for Entry of Default Judgment **(Doc. 53)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  March 27, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**