IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC WARE, and YUMBA LASUMBA**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. **04-925-WDS** |
| ) | |
| **JASON GARNETT, and** ) | |
| **CHAPLAIN LOVE,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Ware's Motion to Recover Service Expenses. **(Doc. 58)**.

For the second time, plaintiff Ware seeks to recover the costs of service.

Because plaintiffs are proceeding in forma pauperis, service has been made by the U.S. Marshal. Both defendants returned executed waivers of service. **See, Docs. 59 & 60.** Thus, the cost of service has been minimized, as contemplated by Fed.R.Civ.P. 4(d)(2).

There is no basis for awarding costs here. There is especially no basis for awarding plaintiff $700.00, which is the amount he seeks.

Upon consideration and for good cause shown, plaintiff Ware's Motion to Recover Service Expenses **(Doc. 58)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: March 27, 2007.**

<u>Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**