IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ERIC WARE, and YUMBA LASUMBA**,   )
   )
       Plaintiffs,   )
   )
v.   )   Civil No. **04-925-WDS**
   )
**JASON GARNETT, and**   )
**CHAPLAIN LOVE,**   )
   )
       Defendants.   )

## ORDER

**PROUD, Magistrate Judge:**

Before the court are plaintiff Ware's Motion for Issuance of Summons and Motion to Recover Service Expenses.  **(Docs. 47 and 54)**.

Both defendants have returned signed waivers of service, and have filed their answers.  **See, Docs. 57, 59 and 60.**

Plaintiff Ware's Motion for Issuance of Summons and Motion to Recover Service Expenses **(Docs. 47 and 54)** are **DENIED**.

**IT IS SO ORDERED.**

**DATE:  March 30, 2007.**

          **s/ Clifford J. Proud**
          **CLIFFORD J. PROUD**
          **UNITED STATES MAGISTRATE JUDGE**