IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC WARE, and YUMBA LASUMBA**, | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. **04-925-WDS** |
| **JASON GARNETT, and CHAPLAIN LOVE,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiff Ware's Motion to Compel and Motion for Sanctions. **(Docs. 67 & 68)**.  Defendants filed responses at **Docs. 69 & 70**.

Plaintiff seeks an order compelling defendants to respond to his interrogatories, and sanctions for their failure to respond to his discovery requests.  However, as defendants sought and were granted an extension of time in which to respond, they are not delinquent.  **See, Doc. 61.**

Upon consideration and for good cause shown, plaintiff Ware's Motion to Compel and Motion for Sanctions **(Docs. 67 & 68)** are **DENIED**.

　　**IT IS SO ORDERED.**

　　**DATE:  April 9, 2007.**

　　　　　　　　　　　　　　　　　　　　　**s/ Clifford J. Proud**
　　　　　　　　　　　　　　　　　　　　　**CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**