IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC WARE, and YUMBA LASUMBA**, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. **04-925-WDS** |
| **JASON GARNETT, and CHAPLAIN LOVE,** | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Ware's Motion for Sanctions.  **(Doc. 88)**.  Defendants filed a response at **Doc. 89**.

Plaintiff seeks the imposition of sanctions due to defendants' alleged failure to supplement their response to one of his interrogatories.  On June 14, 2007, the court ordered defendants to supplement their answer to plaintiff's interrogatory number 11 by June 28, 2007.  On June 28, 2007, defendants filed a notice that they had done so.  **See, Docs. 83 & 85**.  Plaintiff mailed the instant motion on June 30, 2007, evidently before he received the supplemental answer.

Upon consideration and for good cause shown, plaintiff Ware's Motion for Sanctions **(Doc. 88)** is **DENIED**.

IT IS SO ORDERED.

DATE:  August 31, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**