# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC WARE and YUMBA LASUMBA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JASON GARNETT, et al, ) <br> ) <br> Defendants. ) | No. 04-CV-925-WDS |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 31, 2008, judgment is entered in favor of the defendants, **JASON GARNETT and CHAPLAIN TIMOTHY LOVE**, and against the plaintiffs, **ERIC WARE and YUMBA LASUMBA**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 31, 2008, plaintiff **ERIC WARE'S** motion for temporary restraining order is **DENIED**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 31, 2008, plaintiff **ERIC WARE'S** motion for reconsideration is **DENIED** as moot.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated July 13, 2005, judgment is entered in favor of the defendants, **NEIL C. BANTICAN, ROBERT KUNTZ, ROBERT NEWELL and MRS. GARNETT** and against the plaintiffs, **ERIC WARE and YUMBA LASUMBA.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that defendant, **C/O GINDER** is termed as a party defendant as of July 13, 2005, as this defendant was not named in the Amended Complaint filed by plaintiffs on July 13, 2005.

**DATED** this 31st day of March, 2008.

                                                                         **NORBERT G. JAWORSKI, CLERK**

                                                            **BY:**   *s/Sandy Pannier*
                                                                                 **Deputy Clerk**

**APPROVED:**


   *s/WILLIAM D. STIEHL*
    **U. S. District Judge**